IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-694-FDW-DSC

| | |
|---|---|
| JILL ROE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| CHARLOTTE-MECKLENBURG BOARD | ) |
| OF EDUCATION *et al.*, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion Seeking Leave to Proceed Under Pseudonym" (document #2) and "Plaintiff's Motion Seeking a Protective Order Sealing Portions of the Court Record" (document #5), both filed December 20, 2019. For the reasons set forth therein, the Motions will be granted. Plaintiff is **GRANTED LEAVE** to proceed under a pseudonym and Exhibit A to "Plaintiffs Motion Seeking Leave to Proceed Under Pseudonym" and supporting memorandum are **SEALED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: December 20, 2019

David S. Cayer
United States Magistrate Judge

1