IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-00694-FDW-DSC

| | |
|---|---|
| **JILL ROE,** | |
| Plaintiff, | |
| v. | **ORDER COMPELLING PRODUCTION BY DEFENDANTS CHARLOTTE-MECKLENBURG BOARD OF EDUCATION and MARK BOSCO UNDER FERPA** |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION** and **MARK BOSCO** in his individual capacity as an employee of Charlotte-Mecklenburg Schools, | |
| Defendants. | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Production from Defendants Charlotte-Mecklenburg Board of Education and Mark Bosco under FERPA" filed on February 1, 2021. For the reasons set forth therein, the Motion will be granted. Defendants Board and Bosco are hereby **ORDERED** to produce the student records of M.G. as requested by Plaintiff on November 20, 2020 in compliance with the requirements of the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g. Defendants shall make reasonable efforts to notify M.G. of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: February 2, 2021

_David S. Cayer_
David S. Cayer
United States Magistrate Judge