IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-00694-FDW-DSC

| | |
|---|---|
| **JILL ROE,** | )<br>) |
| Plaintiff, | )<br>) **CONSENT ORDER**<br>) **TO COMPEL TESTIMONY &**<br>) **DISCOVERY UNDER N.C.G.S.A.**<br>) **§§ 8–53.4 & 115C–401** |
| v. | |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION** and **MARK BOSCO**, | )<br>)<br>) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Plaintiff's Motion for Entry of Consent Order to Compel Testimony and Discovery under N.C.G.S.A. §§ 8–53.4 and 115C–401" filed on February 22, 2021. Based on Plaintiff's allegations in the Complaint, the Court finds that the disclosure of information subject to N.C.G.S.A. §§ 8–53.4 and 115C–401 is necessary for the proper administration of justice. Defendants Board and Bosco are hereby **ORDERED** to produce information subject to N.C.G.S.A. § 115C–401 as requested by Plaintiff on November 20, 2020. Furthermore, witnesses subject to N.C.G.S.A. § 8–53.4 are hereby **ORDERED** to provide testimony in this action.

The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.   Signed: February 22, 2021

David S. Cayer
United States Magistrate Judge