IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00694-FDW-DSC

| | |
|---|---|
| JILL ROE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| CHARLOTTE-MECKLENBURG ) | |
| BOARD OF EDUCATION et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel …" (document #44) and the parties' briefs and exhibits.

As modified in her briefs, Plaintiff's Motion seeks production of "information about Title IX compliance 'arising out of student-on-student sexual harassment misconduct, and/or assault from 2010 to 2015.'" Document #44-1 at 2. For the reasons stated in her briefs, Plaintiff's Motion is granted.

**NOW IT IS HEREBY ORDERED** that:

1. "Plaintiff's Motion to Compel …" (document #44) is **GRANTED**. Within fifteen days of this Order, Defendant shall produce all responsive information about Title IX compliance arising out of student-on-student sexual harassment misconduct and/or assault from 2010 to 2015.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: April 13, 2021

David S. Cayer
United States Magistrate Judge