IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JILL ROE, | ) |
|     Plaintiff, | ) Case No. 3:20-cv-00694 |
| v. | ) |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION et al., | ) |
|     Defendants. | ) |

**REPORT OF MEDIATOR**

I hereby report and certify that on April 19, 2021, the parties and their respective attorneys participated in a mediated settlement conference with the undersigned, the result of which was a settlement of all claims. The parties will be filing a stipulation of dismissal.

This 21 day of April, 2021.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesmediation.com
*Mediator*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on the parties in this action by filing it in the electronic filing system of the United State District Court for the Western District of North Carolina which shall forward it to counsel for the parties.

This 21 day of April, 2021.

s/ Stephen J. Dunn
NC State Bar No. 25796
MILES MEDIATION AND ARBITRATION
6101 Carnegie Boulevard, Suite 450
Charlotte, NC 28209
Telephone: (704) 608-6063
Email: sdunn@milesmediation.com
*Mediator*